## STEVENS *v.* DE AUBRIE.
## STEVENS *v.* BELLEMARDE.

ERROR TO THE SUPREME COURT OF THE STATE OF KANSAS.

Nos. 45 and 46.   Argued and submitted November 16, 1870. — Decided December 6, 1870.

*Smith* v. *Stevens*, 10 Wall. 321, followed.

THE case is stated in the opinion.

MR. JUSTICE DAVIS delivered the opinion of the court.

These cases are, in all respects, like the case of *Smith* v. *Stevens*, 10 Wall. 321, decided at this term, and the judgment of the Supreme Court of Kansas in each of them is affirmed.

*Mr. J. R. Doolittle, Mr. J. W. Denver* and *Mr. James Hughes* for plaintiff in error.

*Mr. J. S. Black* for defendants in error.

---

## UNITED STATES *v.* HODSON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF WISCONSIN.

No 52.   Argued November 17, 1870. — Decided December 6, 1870.

*United States* v. *Hodson*, 10 Wall. 395, followed.

THE case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court.

This is also a writ of error to the Circuit Court of the United States for the District of Wisconsin.

The record presents the same questions which have just been decided in the case of the *United States* v. *Hodson*, No. 50, 10 Wall. 395.   The result in this case must be the same.

The judgment below is reversed and the cause will be remanded with directions to issue a *venire de novo*.                    *Reversed.*

*Mr. Attorney General* for plaintiff in error.

*Mr. M. H. Carpenter* for defendants in error.